1  PETER J. SALMON (SBN 174386)
   CHARLES A. CORREIA (SBN 86123)
2  NATALIE T. NGUYEN (SBN 246753)
   PITE DUNCAN, LLP
3  4375 JUTLAND DRIVE, SUITE 200
   P.O. BOX 17935
4  SAN DIEGO, CA 92177-0935
   TELEPHONE: (858) 750-7600
5  FACSIMILE: (619) 590-1385
   E-MAIL: nnguyen@piteduncan.com
6
   Attorneys for Defendants GMAC MORTGAGE, LLC and MORTGAGE ELECTRONIC
7  REGISTRATION SYSTEMS, INC.

8
                    THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  NOLASCO CONSTANTINO CRUZ,              Case No. 09-CV-03212-MCE-KJM

12          Plaintiff,                     **ORDER ON DEFENDANTS GMAC
                                           MORTGAGE, LLC AND MORTGAGE
13      v.                                 ELECTRONIC REGISTRATION
                                           SYSTEMS, INC.'S EX PARTE MOTION
14  AURORA LOAN SERVICES, et al.           FOR TELEPHONIC APPEARANCE AT
                                           HEARING ON MOTION TO DISMISS
15          Defendants.                    PLAINTIFFS' FIRST AMENDED
                                           COMPLAINT**
16

17       Having considered counsel for Defendants GMAC MORTGAGE, LLC and MORTGAGE

18  ELECTRONIC REGISTRATION SYSTEMS, INC.'s request for permission to appear

19  telephonically at the hearing on the Motion to Dismiss Plaintiffs' First Amended Complaint

20  scheduled for May 27, 2010, at 2:00 p.m. in Courtroom: 7, and for good cause appearing, the Court

21  hereby grants such request.  Counsel will be contacted at her direct line: 619-326-2489.

22       IT IS SO ORDERED.

23
     Dated:  May 26, 2010
24
                                    _____
25                                  MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE
26

27

28