# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLESCO CONSTANTINO CRUZ<br><br>Plaintiff,<br><br>vs.<br><br>AURORA LOAN SERVICES, et al.<br><br>Defendants | Case No.: 2:09-CV-03212-MCE-KJM<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

## ORDER

The Substitution of Attorney of MARY KATE SULLIVAN and NATHANIEL W. PETERS, Severson & Werson PC for defendant GMAC MORTGAGE, in place of PITE DUNCAN, LLP is hereby DENIED by this Court as moot. The case was dismissed and the file closed on June 9, 2009.

DATED: July 7, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

19000/0000/823394.1                    [PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY
                                        CASE NO. 2:09-CV-03212-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com